1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                      UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12  ZHEN YANG,                              )
                                            ) No. C 08-1304 MMC
13              Plaintiff,                  )
                                            )
14         v.                               ) **STIPULATED DISMISSAL and**
                                            ) **[PROPOSED] ORDER**
15  MICHAEL CHERTOFF, Secretary of the      )
    Department of Homeland Security;        )
16  ROBERT S. MUELLER, Director of          )
    Federal Bureau of Investigation (FBI);  )
17  EMILIO T. GONZALEZ, Director of United  )
    States Citizenship and Immigration Service )
18  (USCIS);                                )
    DAVID N. STILL, USCIS San Francisco     )
19  District Office Director,               )
                                            )
20              Defendants.                 )
                                            )
21

22       Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby

23  stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without

24  prejudice in light of the fact that the United States Citizenship and Immigration Services is now

25  prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days

26  of the dismissal of this action.

27  ///

28  ///

Stipulation to Dismiss
C08-1304 MMC                                        1

1 | Each of the parties shall bear their own costs and fees.
2 | Dated: May 13, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

9 | Dated: May 13, 2008

ZHEN YANG
Pro se

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: May 15, 2008

MAXINE M. CHESNEY
United States District Judge

Stipulation to Dismiss
C08-1304 MMC                    2